IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. DAVIES, NOW DECEASED, BY AND THROUGH HIS WIFE, MAJORIE A. DAVIES, ADMINISTRATOR OF HIS ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>LACKAWANNA COUNTY, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  3:15-cv-1183<br>:  (JUDGE MARIANI)<br>:<br>:<br>: |

## ORDER

AND NOW, THIS **16th** DAY OF MARCH, 2017, upon consideration of Defendants' Partial Motion to Dismiss, (Doc. 32), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge