IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS W. DAVIES, NOW
DECEASED, BY AND THROUGH HIS
WIFE, MAJORIE A. DAVIES,
ADMINISTRATOR OF HIS ESTATE,

    Plaintiff,

v.

LACKAWANNA COUNTY, et al.,

    Defendants.

3:15-cv-1183
(JUDGE MARIANI)

## JUDGMENT

___ Jury Verdict.

XX  Decision by Court.

AND NOW, THIS 27th DAY OF FEBRUARY, 2018, upon consideration of Plaintiff's claim for retaliation under the Americans with Disabilities Act and the Pennsylvania Human Relations Act, after review of all of the evidence adduced at trial, **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS**, Lackawanna County and Sheriff Mark McAndrew, and **AGAINST THE PLAINTIFF**, Thomas W. Davies.

_____
Robert D. Mariani
United States District Judge