# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-1646

Majorie Davies v. County of Lackawanna, et al

(Originating Court No. 3-15-cv-01183)

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated: September 12, 2018
JK/cc: Sean P. McDonough, Esq.
       Cynthia L. Pollick, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate